UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § § § § | CASE NO. 4:25-MJ-00174-BD |
| GAVIN RIVERS WEISENBURG | | |

### ORDER

The Court held an initial appearance on the Complaint and considered the matter of Defendant's right to a preliminary hearing. Defendant executed a waiver at hearing. Based on the signed waiver, the Court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **GAVIN RIVERS WEISENBURG**, should be held over to answer to the Grand Jury.

So ORDERED and SIGNED this July 8, 2025.

_____
DON BUSH
UNITED STATES MAGISTRATE JUDGE